THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA|
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael A. Dukes, Appellant.
 
 
 

Appeal from Horry County
Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2007-UP-423
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Aileen P. Clare, South Carolina Commission on Indigent Defense,  of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot,
 Office of the Attorney General, of Columbia; and Solicitor J. Gregory Hembree,  of
 Conway, for Respondent.
 
 
 

PER
 CURIAM:  Michael A.
 Dukes appeals his conviction of trafficking in crack cocaine for which he
 received a sentence of eighteen years confinement.  He maintains the trial court
 erred by denying his motion for a directed verdict because the state failed to
 prove actual or constructive possession.  Dukes also asserts numerous pro se arguments.  After a thorough
 review of the record, counsels brief, and Dukes pro se brief
 pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Dukes appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.